U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 1 6 2017

TONY R. MOORE, CLERK
BY: _____ NB
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANDRES AGUIAR, Petitioner | CIVIL ACTION NO. 1:16-CV-1583-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN STANCIL, ET AL., Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation (R. #7) and Supplemental Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 9), and after an independent review of the record, including the objection filed by Plaintiff (Doc. 12), having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Aguiar's petition for writ of mandamus (Doc. 1) is hereby **DENIED** and **DISMISSED**.

**IT IS FURTHER ORDERED** that Aguiar's motion for temporary restraining order (R. #3) is hereby **DENIED**.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 16th day of March, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE